█ In the Matter of ALBERT ELIA BUILDING CO., INC., Appellant, v COUNTY OF MONROE, et al., Respondents.—Judgment unanimously affirmed, without costs, for the reasons stated in the decision at Special Term, Boomer, J. (Appeal from judgment of Monroe Supreme Court—art 78.) Present—Moule, J. P., Cardamone, Simons, Dillon and Witmer, JJ. [88 Misc 2d 334.]